STATE of Missouri, Respondent,

v.

Orlando RAY, Appellant.

No. ED 80760.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 12, 2003.

Mary S. Choi, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Andrea Mazza Follett, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Defendant, Orlando Ray, appeals from the judgment entered after a jury found him guilty of burglary in the first degree, three counts of assault in the second degree and three counts of armed criminal action. No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).